UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Michael A. Ekizian, §
 §
       Plaintiff, §
 §
versus §    Civil Action H-10-4627
 §
University of Texas Health Science §
Center at Houston, et al., §
 §
       Defendants. §

## Final Judgment

On the defendants' motion to dismiss, Michael A. Ekizian takes nothing from the University of Texas Health Science Center at Houston, the University of Texas System Medical Foundation, Inc., and Mark A. Farnie.

Signed on February 24, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge